**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:  <br>    Cooper Michael  <br><br>    Barbel Michael  <br><br><br>                    Debtors | Case No. 16-50027  <br><br><br><br>Judge: HOFFMAN  <br><br>Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:    Debtors;    Cooper Michael
                                                                                Barbel Michael


FORMER ADDRESS:                            3441 N. Waggoner Road
                                                                Blacklick, OH 43004

NEW ADDRESS:                                17881 N. Tamiami Trail #6
                                                                North Fort Myers, FL 33903

DATE: Tuesday, December 6, 2016        */s/ Michael A. Cox*
                                                                Michael A. Cox (0075218)
                                                                Attorney for Debtor
                                                                Guerrieri & Cox
                                                                2500 North High Street, Ste. 100
                                                                Columbus, OH 43202
                                                                (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Tuesday, December 06, 2016.

                                                                */s/ Michael A. Cox*
                                                                Michael A. Cox (0075218)
                                                                Attorney for Debtor